## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

**IAN BAYLEE MOYTOY**                    **CASE NO. 2:21-CV-00615**
        **REG. # 05449-010**

**VS.**                                  **JUDGE TERRY A. DOUGHTY**

**STEVEN MNUCHIN**                       **MAG. JUDGE KATHLEEN KAYE**

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Mandamus [Doc. No. 1] filed by pro se petitioner Ian Baylee Moytoy is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all pending motions, including Doc. Nos. 6 and 7, are **DENIED AS MOOT**.

MONROE, LOUISIANA, this 20th day of May, 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE